Prob12B
(7/93)

## United States District Court
### for the District of Massachusetts
### Request for the Assignment of a District Judge and
### for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Nicholas Blagojevic      **D/MA Case Number:** 1:14-CR-10106-01

**Name of Sentencing Judicial Officer D/VT:** The Honorable, J. Garvan Murtha, U.S. District Judge

**Date of Original Sentence:** 5/9/08

**Original Offense:** Interference of Commerce by Threats or Violence, 18 U.S.C. § 1951

**Original Sentence:** 92 months federal custody and 36 months of supervised release

**Type of Supervision:** Supervised Release      **Date Supervision Commenced:** 1/9/14

### BACKGROUND

On 5/9/08, Blagojevic appeared for sentencing in the District of Vermont, after previously pleading guilty to one count of the above-noted charge. The defendant was sentenced to serve 92 months in the custody of the U.S. Bureau of Prisons and 36 months of supervised release. In addition to the standard conditions of supervision, Blagojevic was ordered to pay $7500 in restitution and to engage in substance abuse treatment and testing. The defendant committed his federal offense on 1/24/07, by robbing a jewelry store in St. Johnsbury.

On 1/9/14, Blagojevic was released from federal custody and began serving the supervisory portion of his sentence in the District of Massachusetts. Because the defendant did not reside in Vermont, and had no intention of relocating there, jurisdiction of his case was transferred from the District of Vermont to the District of Massachusetts.

### PETITIONING THE COURT

[ ]   To extend the term of supervision for years, for a total term of years
[X]   To modify the conditions of supervision as follows:

> The defendant is to participate in a mental health treatment program as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or the availability of third-party payment.

### CAUSE

Since his release from federal custody in January, Blagojevic has experienced some adjustment difficulties which would be better addressed in mental health counseling than in substance abuse therapy, which generally is provided in a group setting.

Prob 12B

- 2 -

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

Because he did not have a special condition of supervision calling for mental health treatment, Probation proposed to Blagojevic that he sign a Waiver of Hearing form to allow the Court to add this type of counseling to his other conditions of supervised release. After giving this matter some thought, the defendant agreed to sign the Waiver of Hearing which is included with this petition for the Court's review.

At this time, Probation requests that Your Honor ratify this petition adding a special condition for mental health counseling to those which already are in place.

Reviewed/Approved by:

*Basil Cronin*
Basil Cronin
Supervising U.S. Probation Officer

Respectfully submitted by,

*Frederick Lawton*
Frederick Lawton
U.S. Probation Officer

Date: April 7, 2014

---

**THE COURT ORDERS**
[ ] No Action
[ ] The Extension of Supervision as Noted Above
[✓] The Modification of Conditions as Noted Above
[ ] Other

*William G. Young*
U.S. District Judge

_____
Date

PROB 49
D/MA 07/09

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF MASSACHUSETTS

I have been advised and understand that I do not have to agree to the proposed modification(s). I have been advised and understand that instead of signing this form today, I can consult with an attorney and report back to the Probation Office within 48 hours as to how I would like to proceed.

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervised Release. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Supervised Release:

> The defendant is to participate in a mental health treatment program as direct by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or the availability of third-party payment.

Witness: _Frederick Lawton_
Frederick Lawton
U.S. Probation Officer

Signed: _Nicholas Blagojevic_
Nicholas Blagojevic
Supervised Releasee

3-11-14
DATE