AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 14-cr-10106-WGY |
| | ) | |
| Nicholas Blagojevic | ) | |
| Defendant | ) | |

2014 AUG 22 P 3:02

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Nicholas Blagojevic ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Violation of Supervised Release.

2014 AUG 26 P 3:3[?]

Date: 08/22/2014

*Issuing officer's signature*

City and state: Boston, MA

Jennifer Gaudet - Deputy Clerk
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . | |
| Date: _____ EXECUTED BY USMS ARREST/ARRAIGNMENT OF THE DEFENDANT ON 8/25/2014 | _____ *Arresting officer's signature* _____ *Printed name and title* |