UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**NICHOLAS BLAGOJEVIC,**<br><br>　　　　　　Defendant. | Crim No. 14-cr-10106-WGY |

**NOTICE OF APPEARANCE FOR
ASSISTANT UNITED STATES ATTORNEY SCOTT L. GARLAND**

　　Assistant United States Attorney Scott L. Garland will be representing the United States of America as counsel for the government in this matter.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　CARMEN M. ORTIZ
　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　District of Massachusetts


　　　　　　　　　　By:　　*/s/ Scott L. Garland*
　　　　　　　　　　　　　　Scott L. Garland
　　　　　　　　　　　　　　Assistant U.S. Attorney


**CERTIFICATE OF SERVICE**

　　I hereby certify that this document is being filed through the ECF system and therefore will be sent electronically to the registered participants identified on the Notice of Electronic Filing.


　　　　　　　　　　　　　　　　　*/s/ Scott L. Garland*
　　　　　　　　　　　　　　　　　Scott L. Garland
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Date: September 4, 2014