UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | DOCKET NO. 14-cr-10106 |
| | ) | |
| NICHOLAS BLAGOJEVIC | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE REVOCATION HEARING

Nicholas Blagojevic respectfully moves the Court to continue the revocation hearing scheduled fo October 1, 2014. A new date a few weeks after October 1 is requested.

As grounds, it is stated:

Undersigned counsel needs additional time to investigate the allegations in this matter and prepare for the hearing. This includes investigating both a new state case that is the basis for one of the violations and allegations regarding substance abuse counseling and treatment that form the basis for another of the allegations. Counsel has met with Blagojevic, who is detained on this matter, and he agrees with this request.

Assistant United States Attorney Scott Garland assents to this motion.

WHEREFORE, Nicholas Blagojevic respectfully moves the Court to continue the revocation hearing scheduled fo October 1, 2014. A new date a few weeks after October 1 is requested.

Nicholas Blagojevic,
By his attorney,

*/s/ Behzad Mirhashem*
Behzad Mirhashem
Federal Defender Office
51 Sleeper Street, 5th Floor
Boston, MA  02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on September 23, 2014.

      */s/ Behzad Mirhashem*
      Behzad Mirhashem