UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:14-CR-10106-WGY |
| | ) | |
| | ) | |
| NICHOLAS BLAGOJEVIC | ) | |

**ASSENTED-TO MOTION TO CONTINUE FINAL REVOCATION HEARING**

Now comes Mr. Blagojevic, with the assent of the government and the probation department, and moves this Honorable Court to continue the final revocation hearing, currently scheduled for Wednesday, September 9th at 10:00 a.m. Mr. Blagojevic requests a date during the second half of October.

In support thereof, the parties have been discussion of resolution and are seeking additional time to reach an agreement as to disposition in this matter, including appropriate treatment and placement for Mr. Blagojevic upon his eventual release. Counsel was on vacation from August 21st until September 1st, and will be unable to meet with Mr. Blagojevic to fully discuss his rights and options prior to the scheduled hearing on September 9th.

Respectfully submitted,
NICHOLAS BLAGOJEVIC
by his attorney
*/s/ Joshua Hanye*
Joshua Hanye, BBO#661686
FEDERAL PUBLIC DEFENDER OFFICE
51 Sleeper Street, 5th Floor
Boston, MA 02210
617-223-8061

## Certificate of Service

I, Joshua Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

Date: September 3, 2015    /s/ Joshua Hanye
                           Joshua Hanye