UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:14-CR-10106-WGY |
| | ) | |
| | ) | |
| NICHOLAS BLAGOJEVIC | ) | |

**ASSENTED-TO MOTION TO CONTINUE FINAL REVOCATION HEARING**

Now comes Mr. Blagojevic, with the assent of the government and the probation department, and moves this Honorable Court to continue the final revocation hearing, currently scheduled for Monday, October 26th, to a date December 7th or later. In support thereof, Mr. Blagojevic seeks to obtain records of past psychiatric treatment that are relevant to disposition in this matter, including as to conditions of any potential additional term of supervised release. The additional time is necessary in order to request and receive the relevant records.

    Respectfully submitted,
    NICHOLAS BLAGOJEVIC
    by his attorney
    */s/ Joshua Hanye*
    Joshua Hanye, BBO#661686
    FEDERAL PUBLIC DEFENDER OFFICE
    51 Sleeper Street, 5th Floor
    Boston, MA 02210
    617-223-8061

**Certificate of Service**

I, Joshua Hanye, hereby certify that this document was this day filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent to those indicated as non-registered participants.

Date: October 22, 2015     /s/ Joshua Hanye_____
                           Joshua Hanye